**OPINION ON REHEARING**



**FILED**

Dec 16 2015, 8:49 am

*Kevin S. Smith*

**CLERK**
of the supreme court,
court of appeals and
tax court

ATTORNEY FOR APPELLANT

P. Gregory Cross
The Cross Law Firm, P.C.
Muncie, Indiana

ATTORNEYS FOR APPELLEES

Thomas M. Beeman
Kyle B. DeHaven
Beeman Law Office
Anderson, Indiana

Alexander M. Beeman
Ciobanu Law, P.C.
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

Scott Alan Stibbins, individually and as Personal Representative of the Estate of Warren E. Stibbins, and Trustee of the Warren E. Stibbins Revocable Trust, et al,

*Appellants-Defendants,*

v.

Carol (Stibbins) Pagano Foster, Angela Pagano, and Christopher Pagano,

*Appellees-Plaintiffs*

December 16, 2015

Court of Appeals Case No.
18A02-1410-PL-750

Appeal from the Delaware Circuit Court

The Honorable Marianne L. Vorhees, Judge

Trial Court Cause No.
18C01-0902-PL-4

**Baker, Judge.**

The appellants have filed a petition for rehearing, raising a number of arguments with respect to our opinion in this case. We grant the petition for the limited purpose of striking the final sentence of footnote two, which shall now read as follows in its entirety:

> The expert testified that dozens of specimens of Warren's handwriting were forgeries. She was also certain that the signatures of all of the witnesses to nearly all of the documents at issue in this litigation were forgeries. Carol found this expert on the Internet. The expert received her training from another Internet vendor who also offered programs on, among other things, how to predict the gender of unborn children through the handwriting of a parent.

In all other respects, we deny the petition for rehearing.

Bailey, J., and Mathias, J., concur.